IN THE UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HEATH BELCHER and DENESSA ARGUELLO, individually and on behalf of other similarly situated individuals,<br><br>　　　Plaintiffs,<br><br>v.<br><br>WASTE CONNECTIONS, INC., and WASTE CONNECTIONS OF CALIFORNIA, INC.<br><br>　　　Defendants. | Case No.:　2:09-CV-00135 FCD DAD<br><br>**ORDER** |

Having considered the Parties' Joint Motion Requesting Extension of Pre-Certification Deadlines,

IT IS HEREBY ORDERED that the deadlines for pre-certification discovery and disclosures shall be amended and set as follows:

　　　Pre-certification discovery by September 15, 2009;

　　　Pre-certification expert disclosures by September 29, 2009;

　　　Pre-certification rebuttal disclosures by October 19, 2009; and

　　　Pre-certification expert discovery by November 18, 2009.

Dated:　July 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE