IN THE UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HEATH BELCHER and DENESSA ARGUELLO, individually and on behalf of other similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WASTE CONNECTIONS, INC., and WASTE CONNECTIONS OF CALIFORNIA, INC.<br><br>　　　　Defendants. | Case No.:  2:09-CV-00135-FCD-DAD<br><br>**ORDER** |

Having considered the Parties' Joint Motion Requesting Extension of Pre-Certification and Class Certification Deadlines,

IT IS HEREBY ORDERED that the deadlines for pre-certification discovery and disclosures, as well as for class certification briefing and oral arguments, shall be amended and set as follows:

　　　　Pre-certification discovery by November 16, 2009;

　　　　Pre-certification expert disclosures by November 30, 2009;

　　　　Pre-certification rebuttal disclosures by December 18, 2009; and

　　　　Pre-certification expert discovery by January 18, 2010;

　　　　Plaintiffs' Motion for class certification on January 20, 2010;

　　　　Defendants' Opposition to Class Certification on **February 16, 2010**;

　　　　Plaintiffs' Reply for Class Certification on March 4, 2010; and

　　　　Hearing on Class Certification on **March 26, 2010, at 10:00 a.m.**

/ / /

/ / /

1 **IT IS SO ORDERED.**

3 Dated: August 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE