IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HEATH BELCHER and DENESSA ARGUELLO, individually and on behalf of other similarly situated individuals, | Case No.:   2:09-CV-00135-FCD-DAD |
| Plaintiffs, | |
| v. | **ORDER** |
| WASTE CONNECTIONS, INC., and WASTE CONNECTIONS OF CALIFORNIA, INC. | |
| Defendants. | |

Having considered the Parties' Joint Motion Requesting Extension of the Pre-Certification Discovery Deadline,

IT IS HEREBY ORDERED that the deadline for pre-certification discovery shall be amended and set for December 16, 2009.

**IT IS SO ORDERED.**

Dated: October 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE