| | |
|---|---|
| NICHOLS KASTER, PLLP<br>Paul J. Lukas, MN Bar No. 22084X<br>(admitted *pro hac vice*)<br>Rebekah L. Bailey, CA Bar No. 258551<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 215-6870<br>lukas@nka.com<br>bailey@nka.com | LITTLER MENDELSON, PC<br>Andrew Voss, MN Bar No. 0241556<br>(admitted *pro hac vice*)<br>1300 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 630-1000<br>Facsimile: (612) 630-9626<br>avoss@littler.com |
| NICHOLS KASTER, LLP<br>Matthew C. Helland, CA Bar No. 250451<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111<br>Telephone: (415) 277-7235<br>Facsimile: (415) 277-7238<br>Helland@nka.com | LITTLER MENDELSON, PC<br>Michael E. Brewer, CA Bar No. 177912<br>Gregory G. Iskander, CA Bar No. 200215<br>1255 Treat Boulevard, Suite 600<br>Walnut Creek, CA 94597<br>Telephone: (925) 932-2468<br>Facsimile: (925) 946-9809<br>mbrewer@littler.com<br>giskander@littler.com |
| Attorneys for Individual and Representative Plaintiffs | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HEATH BELCHER and DENESSA ARGUELLO, individually and on behalf of other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>WASTE CONNECTIONS, INC., and WASTE CONNECTIONS OF CALIFORNIA, INC.<br><br>    Defendants. | Case No.: 2:09-CV-00135-FCD-DAD<br><br>[Hon. Judge Frank C. Damrell, Jr. ]<br>[Magistrate Judge Dale A. Drozd ]<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Complaint filed January 15, 2009 ] |

Having fully resolved the disputes herein,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs HEATH BELCHER and DENESSA ARGUELLO, together with opt-in Plaintiffs DOUGLAS COOPER, RAUL CRUZ, MARIO RATTO, JEFFREY REYNOLDS, and EARL WILSON ("Plaintiffs"), and Defendants WASTE CONNECTIONS, INC. and WASTE CONNECTIONS OF CALIFORNIA, INC. ("Defendants") (collectively "the Parties"), by and through their abovementioned attorneys, that the above-captioned action against Defendants be dismissed with prejudice on the merits and without costs to any of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Dated: February 8, 2010     By: s/ Rebekah L. Bailey
Rebekah L. Bailey
NICHOLS KASTER, LLP

ATTORNEYS FOR INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

Dated: February 8, 2010     By: s/ Andrew J. Voss
Andrew J. Voss
LITTLER MENDELSON, PC

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to Defendants. Each party is to bear its own costs. This case is closed.

**IT IS SO ORDERED.**

DATED: February 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE